# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Southwestern Bell Telephone Company, et al.
───────────────────────────────────────
Plaintiff

v.                                                       ───────────────────────────────
                                                         Civil Action No.
Touch-Tel USA, LLC
───────────────────────────────────────
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Southwestern Bell Telephone Company, et al.
_____

provides the following information:

     For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***


Plaintiffs Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Nevada Bell Telephone Company, and Pacific Bell Telephone Company are direct or indirect subsidiaries of AT&T, Inc., a publicly held corporation.


     A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***



Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., AT&T, Inc., Nevada Bell Telephone Company, Pacific Bell Telephone Company.

Defendant Touch-Tel USA, LLC

| | |
|---|---|
| Date: | Aug 21, 2010 |
| Signature: | /s/ Timothy A. Whitley |
| Print Name: | Timothy A. Whitley |
| Bar Number: | 00797660 |
| Address: | 6500 West Loop South, Zone 5.5 |
| City, State, Zip: | Bellaire, TX  77401 |
| Telephone: | (713) 567-8114 |
| Fax: | (713) 567-4669 |
| E-Mail: | TW8968@att.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons