IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., NEVADA BELL TELEPHONE COMPANY, and PACIFIC BELL TELEPHONE COMPANY, | § § § § § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-1642-M |
| | § | |
| TOUCH-TEL USA, LLC, | § § | |
| Defendant. | § § | |

## ORDER

This matter is transferred to the docket of the Honorable Jorge A. Solis, to whom a related case, *Southwestern Bell Telephone Company, et al v. IDT Telecom Inc., et al*, 3:09-CV-1268-P, is assigned.   All future pleadings and papers shall be filed under the case number 3:10-CV-1642-P.

**SO ORDERED**.

September 20, 2010.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS